**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GENENTECH, INC., HOFFMANN-LA ROCHE, INC., and CHUGAI PHARMACEUTICAL CO., LTD, <br><br> Plaintiffs, <br> v. <br><br> BIOGEN MA INC and BIO-THERA SOLUTIONS, LTD., <br><br> Defendants. | Case No.: 1:23-CV-11573 |

**JOINT STIPULATION OF DISMISSAL**

This joint stipulation is made by and between Plaintiffs Genentech, Inc., Hoffmann-La Roche, Inc. and Chugai Pharmaceutical Co., Ltd. (collectively, "Plaintiffs") and Defendants Biogen MA Inc. and Bio-Thera Solutions, Ltd. (collectively, "Defendants" and together with Plaintiffs, the "Parties").

WHEREAS, Plaintiffs have asserted various claims in the above-captioned case;

WHEREAS, the Parties have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims asserted in the above-captioned case with prejudice;

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED by the Parties that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in the above-captioned case are hereby dismissed with prejudice; and

2. Each party will bear its own attorneys' fees and costs, and waives all rights of appeal, with respect to the above-captioned case.

Date: October 23, 2023

/s/ Benjamin M. Stern
Nelson G. Apjohn (BBO# 020373)
Benjamin M. Stern (BBO #646778)
Nutter McClennen & Fish LLP
155 Seaport Blvd
Boston, MA 02210
(617) 439-2246
napjohn@nutter.com
bstern@nutter.com

Paul B. Gaffney (*pro hac vice* forthcoming)
Thomas S. Fletcher (*pro hac vice* forthcoming)
Emma J. Nino (*pro hac vice* forthcoming)
Kristin L. Froehle (*pro hac vice* forthcoming)
Ian M. Swenson (*pro hac vice* forthcoming)
Jacob L. Burnett (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
pgaffney@wc.com
tfletcher@wc.com
enino@wc.com
kfroehle@wc.com
iswenson@wc.com
jburnett@wc.com

*Attorneys for Plaintiffs Genentech, Inc., Hoffmann-La Roche, Inc., and Chugai Pharmaceutical Co., Ltd*

/s/ Anita M. C. Spieth
Eric J. Marandett (BBO# 561730)
Anita M.C. Spieth (BBO# 676302)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000
emarandett@choate.com
aspieth@choate.com

Keith Hummel (*pro hac vice* forthcoming)
Sharonmoyee Goswami (*pro hac vice* forthcoming)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1928
sgoswami@cravath.com
khummel@cravath.com

*Attorneys for Defendant Biogen MA Inc.*

/s/ Charles L. Solomont
Charles L. Solomont (BBO # 557190)
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
(617) 341-7700
carl.solomont@morganlewis.com

Michael J. Abernathy (*pro hac vice* forthcoming)
Shon Lo (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000
mike.abernathy@morganlewis.com
Shon.lo@morganlewis.com

        Olga Berson, Ph.D. (*pro hac vice* forthcoming)
        2049 Century Park East, Suite 700
        Los Angeles, CA 90067-3109
        (310) 907-1000
        olga.berson@morganlewis.com

        *Attorneys for Defendant Bio-Thera Solutions, Ltd.*